# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON, | ) 1:13cv00681 DLB PC |
| | ) |
| | ) ORDER DENYING PLAINTIFF'S |
| Plaintiff, | ) REQUEST FOR DISCOVERY |
| | ) |
| vs. | ) (Document 3) |
| | ) |
| A. AQUINO, et al., | ) |
| | ) |
| Defendant. | ) |

Plaintiff Adrian Moon ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 9, 2013.

On May 9, 2013, Plaintiff filed a motion for "pre-lawsuit" discovery.  However, the discovery phase of this action will not open until Plaintiff's complaint has been screened and Defendants have answered.  Plaintiff's complaint has not yet been screened, making this request premature.  Accordingly, Plaintiff's motion is DENIED.[1]

---

[1] Plaintiff makes a vague reference to "imminent physical danger," though a motion for discovery is not an appropriate tool to address such issues.  Plaintiff may file a motion for preliminary injunction/temporary restraining order if necessary.

IT IS SO ORDERED.

Dated:   **May 20, 2013**                    /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE