1

2

3

4

5

6                       **UNITED STATES DISTRICT COURT**

7                        EASTERN DISTRICT OF CALIFORNIA

8

9

10

11   ADRIAN MOON,                        )   1:13cv00681 DLB PC
                                         )
12              Plaintiff,               )   ORDER DENYING PLAINTIFF'S
                                         )   REQUEST FOR DISCOVERY
13        vs.                            )
                                         )   (Document 3)
14   A. AQUINO, et al.,                  )
                                         )
15              Defendant.               )

16

17        Plaintiff Adrian Moon ("Plaintiff"), a state prisoner proceeding pro se and in forma

18   pauperis, filed this civil rights action on May 9, 2013.

19        On May 9, 2013, Plaintiff filed a motion for "pre-lawsuit" discovery.  However, the

20   discovery phase of this action will not open until Plaintiff's complaint has been screened and

21   Defendants have answered.  Plaintiff's complaint has not yet been screened, making this request

22   premature.  Accordingly, Plaintiff's motion is DENIED.[1]

23

24

25

26

27   _____
     [1] Plaintiff makes a vague reference to "imminent physical danger," though a motion for discovery is not an
     appropriate tool to address such issues.  Plaintiff may file a motion for preliminary injunction/temporary restraining
28   order if necessary.

                                              1

1

2    IT IS SO ORDERED.

3        Dated:   __**May 20, 2013**__                    ___/s/ Dennis L. Beck___

4                                                         UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28