# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>A. AQUINO, et al.,<br><br>　　　　　Defendant. | 1:13cv00681 DLB PC<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION TO ESTABLISH ADMISSIONS<br><br>(Document 10) |

　　　　Plaintiff Adrian Moon ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 9, 2013.  His complaint is pending screening.

　　　　On May 28, 2013, Plaintiff filed a "Motion to Establish Admissions of Defendant J. Donner."  According to Plaintiff, he served Requests for Admissions on Defendant Donner on April 26, 2013.

　　　　This Court has previously explained to Plaintiff that the discovery phase of this action will not open until Plaintiff's complaint has been screened and Defendants have answered.  The May 10, 2013, Informational Order also stated, "<u>No discovery may be conducted without court permission until an answer is filed and the court issues the discovery order</u>."  Accordingly, he

1

may not serve discovery on Defendants at this juncture and he is not entitled to any relief relating to discovery.  His motion is DENIED.

IT IS SO ORDERED.

    Dated: __**May 31, 2013**__             /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE