1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN MOON, | ) Case No.: 1:13cv0681 LJO DLB (PC) |
| Plaintiff, | ) |
| | ) ORDER DENYING PLAINTIFF'S |
| v. | ) MOTIONS AS MOOT |
| | ) |
| A. AQUINO, et al., | ) (Documents 22, 23) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

11

12

13

14

15

16

17    Plaintiff Adrian Moon ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

18 action pursuant to 28 U.S.C. § 1983.  Plaintiff filed this action on May 9, 2013.

19    On August 1, 2013, the Court issued an order vacating Plaintiff's in forma pauperis status and

20 dismissing this action without prejudice.  The Court entered judgment and denied all pending motions

21 as moot.

22    On August 14, 2013, Plaintiff filed a motion seeking to proceed in forma pauperis pursuant to

23 the imminent danger exception of 28 U.S.C. § 1915(g).  However, the Court has already determined

24 that Plaintiff was not in imminent danger of serious physical injury at the time his complaint was filed.

25 Plaintiff's allegations in his August 14, 2013, motion do not change this result.

26

27

28

1

1    This action is closed and judgment has been entered.  Accordingly, all pending motions are

2 DENIED AS MOOT.  If Plaintiff wishes to attempt to proceed under the imminent danger exception

3 based on events occurring after he filed the complaint in this action, he may do so by filing a <u>new</u>

4 <u>action</u>.

5

6

7

8 IT IS SO ORDERED.

9    Dated:   **August 29, 2013**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28