UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. AQUINO, et al.,<br><br>　　　　Defendants. | Case No.: 1:13cv0681 LJO DLB (PC)<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR RECUSAL<br><br>(Document 28) |

　　　Plaintiff Adrian Moon ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed this action on May 9, 2013.

　　　On August 1, 2013, the Court issued an order vacating Plaintiff's in forma pauperis status and dismissing this action without prejudice. The Court entered judgment and denied all pending motions as moot.

　　　Since the dismissal, Plaintiff has continued filing motions in this action. Most recently, he filed a Motion to Recuse the District Court Judge and a Motion for Relief from Judgment. The orders were denied on September 11, 2013. At that time, Plaintiff was warned that if he continued to file frivolous motions in this action, his motions would be stricken.

1

On September 16, 2013, Plaintiff filed another Motion to Recuse the District Court Judge. It appears that the motion is a copy of the one filed on September 6, 2013.[1]

Pursuant to the Court's admonition, Plaintiff's September 16, 2013, motion is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **September 17, 2013**              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the attached Proof of Service references a Notice of Appeal and Motion to Proceed in Forma Pauperis on Appeal.