UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>        Plaintiff,<br><br>    v.<br><br>A. AQUINO, et al.,<br><br>        Defendants. | Case No.: 1:13cv0681 LJO DLB (PC)<br><br>NOTICE AND ORDER FINDING THAT PLAINTIFF IS NOT ENTITLED TO PROCEED IN FORMA PAUPERIS ON THE APPEAL FILED SEPTEMBER 16, 2013<br>(Document 29-1)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF THIS ORDER ON NINTH CIRCUIT |

Plaintiff Adrian Moon ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed this action on May 9, 2013.

On August 1, 2013, the Court issued an order vacating Plaintiff's in forma pauperis status and dismissing this action without prejudice. The Court entered judgment and denied all pending motions as moot.

On September 16, 2013, Plaintiff filed a Notice of Appeal and a Motion to Proceed In Forma Pauperis on Appeal. Plaintiff's motion must be denied.

First, the motion is incomplete because it does not include an affidavit that describes Plaintiff's inability to pay. Fed. R. App. P. 24(a)(1)(A).

Second, Plaintiff has three or more prior actions or appeals that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted and he has not alleged imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed in forma pauperis on the appeal filed on September 16, 2013;

2. Pursuant to Federal Rule of Appellate Procedure 24(a)(4)(C), this order serves as notice to Plaintiff and the United States Court of Appeals for the Ninth Circuit of the finding that Plaintiff is not entitled to proceed in forma pauperis for this appeal; and

3. The Clerk of the Court shall serve a copy of this order on Plaintiff and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **September 20, 2013**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2